Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*T. Kenneth Lee
Assistant Federal Public Defender
Ohio State Bar No. 0065158
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
ken_lee@fd.org

*Attorney for Petitioner David Robert Thomson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Robert Thomson,<br><br>      Petitioner,<br><br>   v.<br><br>Brian Williams, *et al.*,<br><br>      Respondents. | Case No. 2:17-cv-02932-RFB-GWF<br><br>**Unopposed Motion for Extension of Time to File Second Amended Petition**<br><br>(First Request) |

Petitioner David Thomson moves this Court for an enlargement of time of 90 days, up to and including Friday, January 25, 2019, to file the Second Amended Petition for Writ of Habeas Corpus. Respondent does not oppose this request.

1. On June 1, 2018, the Federal Public Defender Office was appointed to represent Thomson in the above-entitled action of to "indicate to the [C]ourt its inability to represent [P]etitioner in these proceedings."[1] On July 2, 2018, undersiged counsel filed his Notice of Appearance.[2]

2. On July 23, 2018, Thomson filed his First Amended Petition for Writ of Habeas Corpus with exhibits, a Motion to Seal, and a Motion to File a Second Amended Petition for Writ of Habeas Corpus.[3] In his Motion to File a Second Amended Petition, Thomson informed this Court that he had calculated his AEDPA deadline to expire on or about July 28, 2018, and that he was filing the First Amended Petition to preserve issues.[4] As a result, Thomson requested this Court authorize the filing of a Second Amended Petition.[5]

3. The parties then litigated the propriety of filing a Second Amended Petition.[6] On August 28, 2018, this Court granted the Motion to File a Second Amended Petition.[7] This Court then ordered Thomson to file the Second Amended Petition on or about October 27, 2018.[8]

4. Since counsel's appointment, and the filing of Thomson's First Amended Petition, counsel's office has been in the process of ordering, gathering, and organizing the state court record, including all discovery and prior counsel's files in Thomson's case; and having all the aforementioned documents electronically

---

[1] ECF no.5.
[2] ECF no.6.
[3] ECF nos.7-13.
[4] ECF no.13; *see also* ECF no.7 at 8.
[5] ECF no.13.
[6] ECF nos.15-16.
[7] ECF no.17.
[8] *Id.* at 2.

imaged in accordance with the case management and handling procedures set in place by the non-capital habeas unit.

5. Additionally, counsel is still in the process of reviewing Thomson's file and will need time to adequately research and draft a truly counseled petition.

6. Counsel has discussed this matter with Deputy Attorney General Natasha Gebrael. Ms. Gebrael has no objection to the request for an extension of time, with the caveat that nothing about the decision not to oppose Petitioner's extension request signifies an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

7. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interests of Thomson. Counsel respectfully requests that this Court grant the request for an extension of time to file the amended petition on or before January 25, 2019.

Dated this 26th day of October, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

IT IS SO ORDERED:

*/s/ T. Kenneth Lee*
T. Kenneth Lee
Assistant Federal Public Defender

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of October, 2018.

3

# Certificate of Service

I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Natasha Gebrael.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

David Robert Thomson
#1080243
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

/s/ Arielle Blanck
An Employee of the
Federal Public Defender