UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMPSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS,<br><br>　　　　Respondents. | Case No. 2:17-cv-02932-RFB-GWF<br><br>**ORDER** |

Petitioner has filed a motion for substitution of attorneys (ECF No. 21). Both parties have filed a stipulation (ECF No. 22). Good cause appearing;

IT THEREFORE IS ORDERED that the motion for substitution of attorneys (ECF No. 21) is **GRANTED**. The representation of petitioner by the Federal Public Defender is **TERMINATED**.

IT FURTHER IS ORDERED that petitioner's stipulation (ECF No. 22) is granted. Petitioner will have sixty (60) days from the date of entry of this order either to move for leave to file a third amended petition or to move to stay the action pending resolution of his state-court proceedings.

DATED: May 6, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　United States District Judge

1