# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMPSON,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS,<br><br>        Respondents. | Case No. 2:17-cv-02932-RFB-EJY<br><br>**ORDER** |

Following upon Petitioner's status report (ECF No. 28);

IT THEREFORE IS ORDERED that Petitioner will have sixty (60) days from the date of entry of this Order to file a Motion for Leave to File a Third Amended Petition.

DATED: November 1, 2019.

                                                               RICHARD F. BOULWARE, II
                                                                United States District Judge