1  CLARK HILL
   PAOLA M, ARMENI
2  Nevada Bar No. 8357
   E-mail: parmeni@clarkhill.com
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel:  (702) 862-8300
   Fax:  (702) 862-8400
5  Attorney for Petitioner, David Robert Thomson

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMSON,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al. ,<br><br>　　　　　　Respondents. | CASE NO. 2:17-cv-02932-RBF-EJY |

### STIPULATION AND ORDER TO ALLOW PETITIONER DAVID THOMSON TO FILE A THIRD AMENDED PETITION FOR WRIT OF HABEAS CORPUS

**IT IS HEREBY STIPULATED** by and between Petitioner, David Robert Thomson, by and through his attorney, Paola M. Armeni, Esq., of the law firm of Clark Hill, and Respondents, by and through Aaron Ford, Nevada Attorney General, and Natasha M. Gebrael, Deputy Attorney General of the State Nevada, that counsel for Petitioner can file a Third Amended Petition for Writ of Habeas Corpus.

**IT IS FURTHER STIPULATED**, by the parties, that Petitioner David Thomson's Third Amended Petition for Writ of Habeas Corpus shall be filed 90 days from the filing of the Order allowing Mr. Thomson to file such a Petition.

This Stipulation is entered into for the following reasons:

1.　　Mr. Thomson's former counsel filed a Second Amended Petition Writ of Habeas Corpus.  Current counsel for Petitioner substituted in as attorneys of record for Mr. Thomson on April 4, 2019.  After reviewing the case, current counsel determined that a Third Amended

Clark Hill
Attorneys At Law
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89169
(702) 862-8300

1 Petition was appropriate.

2. Counsel for the Respondent has no objection to Petitioner filing a Third Amended Petition; however, Respondent's stipulation to allow Mr. Thomson to file a Third Amended Petition does not signify an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitation periods and understands that, in allowing the Third Petition, this Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

3. This stipulation is not filed for the purpose of delay, but in the interests of justice, in order to ensure that Mr. Thomson has effective and thorough representation in his federal habeas action.

DATED this 1st day of November, 2019.

CLARK HILL

/s/ PAOLA M. ARMENI
PAOLA M. ARMENI
Nevada Bar No. 8357
Tel: (702) 862-8300
Fax: (702) 862-8300
Attorneys for Petitioner
David Robert Thomson

AARON FORD
Nevada Attorney General

**/s/** NATASHA M. GTEBRAEL
NATASHA M. GEBRAEL
Deputy Attorney General
Nevada Bar No. 14367
555 East Washington Avenue, #3900
Las Vegas, NV 89101
Tel: (702) 486-2625
Fax: (702) 486-2377

**ORDER**

Upon stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that counsel for the Petitioner, David Robert Thomson is

Clark Hill
Attorneys At Law
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89169
(702) 862-8300

1 hereby granted leave to file a Third Amended Petition for Writ of Habeas Corpus.

2 **IT IS FURTHER ORDERED** that Petitioner's Third Amended Petition of Writ of Habeas shall be filed ninety (90) days from the filing of the Order allowing Mr. Thomson to file such a Petition.

**DATED** this 4th day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Clark Hill
Attorneys At Law
3800 Howard Hughes Pkwy.
Suite 500
Las Vegas, Nevada 89169
(702) 862-8300