# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMSON,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN WILLIAMS,<br><br>    Respondents. | Case No. 2:17-cv-02932-RFB-EJY<br><br>**ORDER** |

Petitioner having filed an unopposed Motion to Extend the Deadline to File a Third Amended Petition (Third Request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that Petitioner's unopposed Motion to Extend the Deadline to File a Third Amended Petition (Third Request) (ECF No. 35) is **GRANTED**. Petitioner will have up to and including August 4, 2020, to file and serve a Third Amended Petition for a Writ of Habeas Corpus.

DATED: May 1, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge