# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS,<br><br>    Respondents. | Case No. 2:17-cv-02932-RFB-EJY<br><br>**ORDER** |

Respondents having filed an unopposed motion for an extension of time (first request) (ECF No. 39), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for an extension of time (first request) (ECF No. 39) is **GRANTED**.  Respondents will have up to and including November 6, 2020, to file a response to the third amended petition (ECF No. 37).

DATED: October 7, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1