# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS,<br><br>    Respondents. | Case No. 2:17-cv-02932-RFB-EJY<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend the deadline to respond to the motion to dismiss (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend the deadline to respond to the motion to dismiss (ECF No. 54) is **GRANTED**. Petitioner will have up to and including December 21, 2020, to file a response to the motion to dismiss (ECF No. 42).

DATED: November 18, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1