**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ROBERT THOMSON, | Case No. 2:17-cv-02932-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, | |
| Respondents. | |

Respondents having filed an unopposed motion for an extension of time (first request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for an extension of time (first request) (ECF No. 37) is **GRANTED**. Respondents will have up to and including June 28, 2022, to file an answer to the third amended petition.

DATED: May 2, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

1