# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID ROBERT THOMSON,

                           Petitioner,

   v.

BRIAN WILLIAMS, et al.,

                        Respondents.

Case No. 2:17-cv-02932-RFB-EJY

**ORDER**

Petitioner David Robert Thomson seeks an extension of time to file his reply in support of his amended Petition for writ of habeas corpus. (ECF No. 70.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 70) is granted. Petitioner has until September 12, 2022, to file his reply.

DATED this 14th day of July 2022.

 

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE