# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ROBERT THOMSON, | Case No. 2:17-cv-02932-RFB-EJY |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

This is a federal habeas corpus proceeding filed under 28 U.S.C. § 2254. Upon review of the exhibits filed in this matter, it appears Respondents failed to comply with the redaction requirements of Local Rule IC 6-1(a)(2). <u>See</u> ECF No. 48-1 at 6–28. Compelling reasons exist to seal the unredacted document as it contains personal-data identifiers, and the parties cannot change their filings.

Local Rule IC 6-1(a)(2) states "[i]f the involvement of a minor child must be mentioned, only the initials of that child should be used." According to Local Rule IC 7-1, "[t]he court may strike documents that do not comply with these rules."

**IT IS THEREFORE ORDERED:**

1. Respondents must file a redacted publicly available copy of the document filed as ECF No. 48-1 in compliance with Local Rule IC 6-1(a)(2), within 10 days of the date of entry of this order.

2. The Clerk of the Court is directed to seal the document filed as ECF No. 48-1.

DATED this <u>12th</u> day of <u>December</u> 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE