UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ROBERT THOMSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:17-cv-02932-RFB-EJY<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO COMPLY WITH ORDER (ECF NO. 75) TO SUPPLEMENT THE RECORD** |

　　　　To facilitate resolution of the claims in Petitioner David Robert Thomson's Third Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 37), this Court ordered the parties to supplement the record by August 15, 2025. (ECF No. 75.) The parties submitted a stipulation requesting a 10-day extension of time to comply with that order by August 25, 2025. (ECF No. 76.) The Court finds that request (ECF No. 76) is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the request. Petitioner filed supplemental documents as directed by the Court's prior Order (ECF No. 75); however, Respondents have not complied with that order.

//
//
//
//
//
//

**THEREFORE, IT IS HEREBY ORDERED:**

1. The request for extension of time to file the supplemental record by August 25, 2025 (ECF No. 76) is granted *nunc pro tunc*.
2. Respondents must comply with the July 15, 2025, Order (ECF No. 75 at 3), directing them to submit trial exhibits, within seven days of the entry of this Order.
3. All other deadlines in the Order dated July 15, 2025 (ECF No. 75) remain in effect.

**DATED:  August 29, 2025**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**